■ BRUCE WITTENBERG, Appellant, v JOSE ROSADO et al., Respondents.—Order, Supreme Court, New York County (C. Beauchamp Ciparick, J.), entered on January 28, 1988, unanimously affirmed. Respondents shall recover of appellant $250 costs and disbursements of this appeal. Appellant's motion to strike respondents' brief is denied. No opinion. Concur—Murphy, P. J., Sullivan, Asch, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON GREEN, Also Known as KAREEM MITCHELL, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on March 25, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Kassal, Ellerin and Smith, JJ.